[No. 43213-3-I.   Division One.   September 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN F. LATHON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00379-5, Gerald L. Knight, J., entered August 18, 1998. *Dismissed* by unpublished per curiam opinion.

[Nos. 43292-3-I; 43432-2-I;   Division One.   September 11, 2000.]
43433-1-I; 43431-4-I.

*In the Matter of the Commitment of* RONALD LANE PETERSEN.

Appeals from a judgment of the Superior Court for King County, No. 93-2-22222-0, Peter Jarvis, J., entered December 2, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Kennedy, J. Now published at 104 Wn. App. 283.

[No. 45042-5-I.   Division One.   September 11, 2000.]

W.E. HILLMAN, ET AL., *Appellants*, v. PLUM CREEK TIMBER COMPANY, L.P., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-01241-2, Jay V. White, J., entered April 13, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Webster and Ellington, JJ.

[No. 45534-6-I.   Division One.   September 11, 2000.]

*In the Matter of the Sentence of* TIMOTHY SWANSON.

Postsentence petition filed by the Department of Corrections seeking review of a sentencing decision. *Remanded* by unpublished per curiam opinion.